STEVEN G. KALAR
Federal Public Defender
Northern District of California
DAVID RIZK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:          david_rizk@fd.org

Counsel for Defendant ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR ROMERO,<br><br>Defendant. | **Case No.:** CR 19–86 WHO<br><br>**LETTER IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM**<br><br>**Court:**  Courtroom 2, 17th Floor<br>**Hearing Date:**  February 20, 2020<br>**Hearing Time:**  1:30 p.m. |

Attached hereto as Exhibit D is a letter of support from Peter Bracamonte, for the Court's consideration at sentencing. Mr. Bracamonte is Mr. Romero's employer at Nor Cal Crating.

Dated: February 18, 2020

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S
DAVID RIZK
Assistant Federal Public Defender

# Exhibit D

2/15/2020

# NOR CAL CRATING SVC.

317 GREENLAKE DR
SUNNYVALE CA, 94089

I am writing regards to Oscar Romero, Oscar has been working for me the last 2 years. He is a well respected individual with great leadership skills leading crews for project objectives. He was unemployed for a three month period from the situation he is in. But the first day he got out he came to my office and ask for his job back, I believe in second chances and he has shown me more than once how great he is. I base all crew leaders/foreman on a semi scale to rate my employees conduct he rates a 97.6% out of 100 for everything he does for my company. Oscar Romero is my best employee the way he represent himself at work at a professional level is the best I've ever seen. He has help this company grow to new territory regions and has accomplished so much for himself. I am a big believer in second chances so please accept this letter in consideration for Oscar Romero

SINCERELY,

CEO/OWNER
PETER BRACAMONTE