STEVEN G. KALAR
Federal Public Defender
DAVID W. RIZK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
David_rizk@fd.org

Counsel for Defendant ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 19-86 WHO |
| Plaintiff, | **UNOPPOSED MOTION AND ORDER TO EXTEND SELF-SURRENDER DATE** |
| v. | |
| OSCAR ROMERO, | Court: The Honorable William Orrick |
| Defendant. | 17th Floor, Courtroom 2 |

On August 10, 2020, this Court granted the defendant's unopposed motion to defer his self-surrender date to January 15, 2021, in response to the COVID-19 pandemic. The Court also invited Mr. Romero to apply for a further extension should conditions necessitate one. ECF No. 50.

Mr. Romero's surrender date is now less than one month away and, unfortunately, as the Court is aware, the public health crisis has not meaningfully improved. As counsel stated in his previous motion, Mr. Romero is at special risk if he contracts COVID-19 because his Body Mass Index (BMI) is over the 30 point threshold that the Center for Disease Control and Prevention (CDC) considers a risk

factor for serious illness or death.[1] Mr. Romero therefore respectfully requests a 90-day extension of his self-surrender date, to April 15, 2021, when we hope the conditions will have improved.

Government counsel has no objection to the proposed extension.

Dated: December 18, 2020

Respectfully submitted,

_____/S_____
DAVID W. RIZK
Assistant Federal Public Defender

---

[1] CDC – Coronavirus Disease 2019 (COVID 19) – People with Certain Medical Conditions, *at* https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fcoronavirus%2F2019-ncov%2Fneed-extra-precautions%2Fgroups-at-higher-risk.html (December 18, 2020).

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>OSCAR ROMERO,<br><br>     Defendant. | **Case No.:** CR 19–86 WHO<br><br>**ORDER TO EXTEND SELF-SURRENDER DATE**<br><br>**Court:**      Courtroom 2, 17th Floor |

Given the ongoing public health crisis due to the COVID-19 pandemic noted in this Court's prior orders deferring the defendant's surrender date, *see* ECF Nos. 42, 50, and for the additional reasons set forth in his motion, the Court hereby further extends Mr. Romero's self-surrender date to April 15, 2021. Should conditions necessitate a longer extension, the Court will consider a request to that effect from the defendant.

IT IS SO ORDERED.

Dated:     January 4, 2021

_____
WILLIAM ORRICK
United States District Judge